# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RICCO L. MAYE, | : | Case No. 2:25-cv-1241 |
| Plaintiff, | : | District Judge James L. Graham |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| KEVIN KELLEY, *et al.*, | : | |
| Defendants. | : | |

## ORDER STAYING CASE

Pursuant to Amended General Order 25-04, this matter, to include all deadlines currently at issue, is hereby **STAYED**. Any such deadlines will be reestablished upon such time as the stay provisions of the **GENERAL ORDER** are lifted.

**IT IS SO ORDERED.**

November 10, 2025

*/s/ Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge