# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RICCO L. MAYE, | : | Case No. 2:25-cv-1241 |
| Plaintiff, | : | District Judge James L. Graham |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| KEVIN KELLEY, *et al.*, | : | |
| Defendants. | : | |

## ORDER TO UPDATE ADDRESS

It appears that Plaintiff is no longer in custody at the Northeast Ohio Correctional Center ("NEOCC"), which is his address of record in this case. The NEOCC Business Office recently provided notice that Plaintiff "is not in NEOCC." (*See* Doc. No. 7.)

"Plaintiff has an affirmative duty to notify the Court of any change in address." *Oesch v. Ohio Dep't of Corr.*, No. 2:19-cv-1758, 2019 WL 2289836, at *1 (S.D. Ohio May 29, 2019). If he does not, he may miss important orders and deadlines, and his case may be dismissed for failure to prosecute. *See Walker v. Cognis Oleo Chem.*, LLC, No. 1:07-cv-289, 2010 WL 717275, at *1 (S.D. Ohio Feb. 26, 2010).

Plaintiff is **ORDERED** to file a "Notice of Mailing Address" that lists the address at which he can receive regular U.S. mail. He shall file the Notice by **December 23, 2025**. The Clerk of Court is **DIRECTED** to send a courtesy copy of this Order and the notation order lifting the recent stay to Plaintiff at USP Pollock, https://www.bop.gov/locations/institutions/pol/ (last visited November 22, 2025).

**IT IS SO ORDERED.**

                                                           */s/ Caroline H. Gentry*
                                                           CAROLINE H. GENTRY
                                                           United States Magistrate Judge