**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Ricco L. Maye,

Plaintiff,

v.

Kevin Kelley, *et al.,*

Defendants.

Case No. 2:25-cv-1241

District Judge James L. Graham
Magistrate Judge Caroline H. Gentry

<u>Order</u>

This matter is before the Court on the Magistrate Judge's September 1, 2026 Report and Recommendation. The Magistrate Judge conducted an initial screen of the Complaint pursuant to 28 U.S.C. §§ 1915(e)(2(B) and 1915A(b). The Magistrate Judge found that the Complaint is premature to the extent that it seeks to collaterally attack Plaintiff's convictions and that Plaintiff's civil rights claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). The Magistrate Judge thus recommended that the Complaint be dismissed without prejudice.

No objections to the Report and Recommendation have been filed. Upon review, the Court agrees with the Report and Recommendation (Doc. 15) and adopts it in its entirety. The complaint is DISMISSED without prejudice because the claims are premature and/or barred by the *Heck* doctrine. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order adopting this Report and Recommendation would not be taken in good faith.

*s/ James L. Graham*
JAMES L. GRAHAM
United States District Judge

DATE: October 5, 2026